# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:19-cv-00681-RDM |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP address 69.251.76.237, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S MOTION FOR EXPEDITED HEARING

Plaintiff, Malibu Media, LLC respectfully requests an expedited hearing on its Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), filed March 11, 2019 [CM/ECF 4], and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address.

2. Defendant's Internet Service Provider (the "ISP"), can correlate Defendant's IP address to a subscriber.

3. Plaintiff has filed its Motion and Memorandum of Law in Support thereof, but the issue remains pending before the Court.

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service no later than June 9, 2019.

5. Without the Defendant's identifying information, Plaintiff will be unable to comply with the service deadline. Without permission to serve the subpoena on the ISP, Plaintiff cannot learn the Defendant's identity and is therefore unable to proceed with its case.

6. Plaintiff's Motion is unopposed because Defendant remains unknown and has not made

an appearance in the case. Plaintiff anticipates that the hearing will take no longer than one (1) hour.

WHEREFORE, Plaintiff respectfully requests that this Court schedule an expedited hearing on Plaintiff's Motion for Leave, as the Court's schedule may permit.

Dated: May 1, 2019

                                       Respectfully submitted,

                                       MALIBU MEDIA, LLC.
                                       PLAINTIFF
                                       By:  /s/ *Jon A. Hoppe*
                                       Jon A. Hoppe, Esquire #438866
                                       *Counsel*
                                       Law Offices of Jon A. Hoppe, Esquire, LLC
                                       1025 Connecticut Avenue, NW
                                       Ste. 1000
                                       Washington, DC. 20036
                                       Tel: (202) 587-2994
                                       E-mail: jhoppe@mhhhlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                       By:  /s/ *Jon A. Hoppe*